Fred G. Hunter, Appellee, v. Bush Hat Company, Appellant.

Gen. No. 22,859.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed May 21, 1917.

## Statement of the Case.

Action by Fred G. Hunter, plaintiff, against the Bush Hat Company, a corporation, defendant, to recover wages alleged to be due. Defendant put in a set-off for the value of certain property alleged to have been retained by plaintiff. On the cross-action plaintiff denied the indebtedness and claimed a settlement. On the trial before the court there was a finding against both the claim and the set-off and a judgment against plaintiff for costs, from which defendant appeals.

WILLIAM B. JARVIS, for appellant.

JOHN M. RANKIN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. MASTER AND SERVANT, § 84*—*when evidence sufficient to support verdict.* Evidence in an action for wages, examined and *held* to support the verdict.

2. APPEAL AND ERROR, § 1749*—*when judgment affirmed.* On appeal from the finding and judgment in an action to recover wages, *held* that no error of law or procedure appeared justifying a reversal of the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.